UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAMMIE LEE NUNN III,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>NDOC, *et al.*,<br><br>　　　Respondents. | Case No. 2:21-cv-00579-KJD-BNW<br><br>**ORDER** |

　　　On April 8, 2021, the Court received, from Sammie Lee Nunn III, an individual incarcerated at Nevada's Three Lakes Valley Conservation Camp, a petition for writ of habeas corpus (ECF No. 1-1) and a motion for appointment of counsel (ECF No. 1-2). Those documents have not been filed because Nunn did not pay the filing fee for this action and he did not file an application to proceed *in forma pauperis*. Because Nunn did not pay the filing fee or apply for *in forma pauperis* status, the Court will summarily dismiss this case without prejudice.

　　　If Nunn wishes to pursue a federal habeas corpus action, he must initiate a new case by submitting a habeas petition and either pay the $5 filing fee or file a fully completed application to proceed *in forma pauperis,* including the required financial certificate.

///

///

///

///

///

///

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter judgment accordingly.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send to the petitioner, along with a copy of this order, the forms for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application by a prisoner to proceed *in forma pauperis*.

DATED THIS 13 day of April, 2021.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE